UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEON DALEY, | ) NO. EDCV 10-0425 JAK (SS) |
| Plaintiff, | ) **ORDER ACCEPTING FINDINGS,** |
| v. | ) **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| MR. MARTINEZ, et al., | ) **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

//
//
//
//

1  **IT IS ORDERED** that Judgment shall be entered dismissing this action
2  with prejudice.
3
4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Plaintiff at his current address of record and on
6  counsel for Defendants.
7
8  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: May 29, 2013
11  _____
12  JOHN A. KRONSTADT
    UNITED STATES DISTRICT JUDGE

2