UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMEON DALEY, | ) | NO. EDCV 10-0425 JAK (SS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MR. MARTINEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 29, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE